# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DERRICK MORGAN

VERSUS

MARTIN FISCHER AND STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

    CONSOLIDATED WITH

MELVIN ORANGE AND GABRIEL
THOMAS

VERSUS

MARTIN FIS[C]HER AND STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

NO.  2025 CW 1210

**FEBRUARY 23, 2026**

---

In Re:    Southern  Medical  Holding  Company,  applying  for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 705333 c/w 714052.

---

**BEFORE:**    **LANIER, WOLFE, AND HESTER, JJ.**

    **WRIT DENIED.**

                        **WIL**
                        **EW**
                        **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT